UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MCBRIDE, JR.,

    Petitioner,

v.                                                  Case Number: 2:06-cv-15380

THOMAS BELL,

    Respondent.
                               /

**ORDER TERMINATING AS MOOT PETITIONER'S MOTION FOR WAIVER OF FEES**

        Petitioner Ronald McBride, Jr., filed a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, challenging the constitutionality of his convictions for first- and second-degree criminal sexual conduct. Petitioner also filed a "Motion to Stay Habeas Petition in Abeyance to Exhaust New Issues in 6.500 Motion for Relief from Judgment." On July 27, 2007, the court issued an order granting Petitioner's motion, staying the petition while instituting certain conditions under which Petitioner was required to proceed, and administratively closing the case.

        About two years later, Petitioner filed a "Motion to Lift Stay," which the court granted on November 3, 2009. At the time Petitioner filed his "Motion to Lift Stay" he also filed a "Motion for Waiver of Fees," asking the court to waive any fees or costs associated with the filing of his "Motion to Lift Stay." Because there are no fees associated with the reopening of a stayed case, the court will terminate this motion as moot. Accordingly,

IT IS ORDERED that Petitioner's "Motion for Waiver of Fees" [Dkt. # 23] is TERMINATED AS MOOT.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: February 25, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 25, 2010, by electronic and/or ordinary mail.

        s/Deborah J. Goltz
        DEBORAH J. GOLTZ
        Case Manager